1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   California Bar No. 141489
5        Room 7516 Federal Building
         300 North Los Angeles Street
6        Los Angeles, California 90012
         Telephone: (213) 894-6880
7        Fax No.: (213) 894-7819
         Email: Joanne.Osinoff@usdoj.gov
8
   Attorneys for Defendant
9  United States of America

10
11                UNITED STATES DISTRICT COURT
12            FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
   ALEXANDER MONTENEGRO,          )  No.  CV 10-9601 CJC (RNBx)
14                                )
         Plaintiff,                )
15                                )
              v.                   )  ORDER OF DISMISSAL
16                                )
   UNITED STATES OF AMERICA,      )
17                                )
         Defendant.                )
18                                )
                                   )
19 _____

20       Based upon the Stipulation for Compromise Settlement And Release filed by
21 the parties, IT IS HEREBY ORDERED that:
22       1.    The above-captioned action is dismissed in its entirety with prejudice;
23       2.    Each party shall bear his own attorneys' fees, costs and expenses; and
24 / / /
25 / / /
26 / / /
27 / / /
28

3. The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise Settlement and Release previously filed by the parties.

DATED: 6/8/12

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/S/ Joanne S. Osinoff
_____
JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant
United States of America

2