ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
    Room 7516 Federal Building
    300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6880
Fax No.: (213) 894-7819
Email: Joanne.Osinoff@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER MONTENEGRO,           ) No.  CV 10-9601 CJC (RNBx)
                                )
        Plaintiff,              )
                                )
            v.                  ) ORDER OF DISMISSAL
                                )
UNITED STATES OF AMERICA,       )
                                )
        Defendant.              )
                                )
_____)

    Based upon the Stipulation for Compromise Settlement And Release filed by the parties, IT IS HEREBY ORDERED that:

    1.    The above-captioned action is dismissed in its entirety with prejudice;

    2.    Each party shall bear his own attorneys' fees, costs and expenses; and

/ / /

/ / /

/ / /

/ / /

1      3.    The district court shall retain jurisdiction until the settlement proceeds

2  are paid in accordance with the Stipulation for Compromise Settlement and

3  Release previously filed by the parties.

4  DATED: 6/8/12

5

6                HONORABLE CORMAC J. CARNEY
                  UNITED STATES DISTRICT JUDGE

7

8

9  Presented by:

10  ANDRE BIROTTE JR.
    United States Attorney

11  LEON W. WEIDMAN
    Assistant United States Attorney

12  Chief, Civil Division

13  /S/ Joanne S. Osinoff

14  JOANNE S. OSINOFF
    Assistant United States Attorney

15  Attorneys for Defendant
    United States of America

16

17

18

19

20

21

22

23

24

25

26

27

28                    2